IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| WILLIAM BUSH, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CASE NO. 2:12-CV-345-RAH |
| | ) | |
| JEFFERSON S. DUNN, | ) | |
| Commissioner, Alabama Department | ) | |
| of Corrections, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

## **ORDER**

It is **ORDERED** that a status and scheduling conference by telephone be and is hereby set for May 5, 2021, at 8:30 a.m. Counsel shall contact chambers for the call-in number. If a change in circumstances occurs affecting the ability of the parties to move forward with this matter before the hearing, the parties are **ORDERED** to file a joint status update with this Court.

DONE this 3rd day of March, 2021.

       /s/ R. Austin Huffaker, Jr.
R. AUSTIN HUFFAKER, JR.
UNITED STATES DISTRICT JUDGE