IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| WILLIAM BUSH, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v. ) | CASE NO. 2:12-CV-345-RAH |
| ) | |
| JOHN Q. HAMM, ) | |
| Commissioner, Alabama Department ) | |
| of Corrections, *et al.*, ) | |
| ) | |
| Respondents. ) | |

## **ORDER**

On October 28, 2022, this Court conducted a status and scheduling conference concerning the evidentiary hearing scheduled to commence on October 31, 2022. During the teleconference, the parties discussed the unavailability of one of Petitioner's planned expert witnesses, Dr. Daniel J. Reschly, and whether to proceed with the evidentiary hearing as scheduled. Petitioner proposed going forward with the hearing as scheduled but allowing the record to be supplemented with Dr. Reschly's testimony, and any rebuttal offered by Respondents, when Dr. Reschly is available. Respondents objected and proposed that the evidentiary hearing be continued or, alternatively, that Petitioner present his available witnesses as scheduled but that Respondents be permitted to present their witnesses after Dr. Reschly has testified. In addition, Petitioner objected to the late disclosure of

exhibits produced by Respondents, specifically the "[e]xcerpts of testimony admitted at Bush's second trial during the defense's penalty phase case-in-chief, including testimony of Alice Cleveland, Catherine Thompson, Claude Bush, Eugene Bush, Jessie Bush, Joe Reizer, Keith Crouch, LeEllen Dorsey, Mary Ash, Mary Bush, and Robert Bush." (Doc. 103 at 2.)  Upon consideration of the parties' arguments on these matters, it is

ORDERED that the evidentiary hearing will begin as scheduled on October 31, 2022.  Petitioner is allowed to proceed with the testimony of his available expert witnesses, Dr. Marc Tasse, Dr. Karen Salekin, and Dr. Robert Shaffer.  Upon the conclusion of the testimony of these witnesses, the Court will recess and continue the remainder of the hearing to a later date.

It is further

ORDERED that the excerpts of testimony from Petitioner's second trial are STRICKEN from Respondent's Exhibit List (Doc. 103) due to the late disclosure.

This order does not preclude the parties from reaching an agreement among themselves as to the presentation of witnesses and evidence.

DONE, on this the 28th day of October, 2022.

                                            _____/s/ R. Austin Huffaker, Jr._____
                                            R. AUSTIN HUFFAKER, JR.
                                            UNITED STATES DISTRICT JUDGE